```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                     CIVIL DIVISION


UNITED STATES OF AMERICA,

        Petitioner,

vs.

CHRIS BORGO,

        Respondent.
                                        /
```

PETITION TO ENFORCE INTERNAL
REVENUE SERVICE SUMMONS

The United States of America, by its attorney, Wifredo A. Ferrer, United States Attorney in and for the Southern District of Florida, avers to this Court as follows:

I

This proceeding for enforcement of an Internal Revenue Service summons is brought pursuant to Sections 7402(b) and 7604(a) of the Internal Revenue Code of 1986 (26 U.S.C.). This Court has jurisdiction of this action pursuant to 26 U.S.C. Sections 7402(b) and 7604(a), and 28 U.S.C. Sections 1340 and 1345.

II

E. Davis, is a revenue officer employed in Small Business\Self-Employed Division, South Atlantic Area of the Internal Revenue Service in Plantation, Florida.  The revenue officer is authorized to issue Internal Revenue Service summonses pursuant to the authority contained in 26 U.S.C. Section 7602.

III

The respondent, Chris Borgo, can be found at 99 S.E. Mizner Blvd., Apartment 809, Boca Raton, Florida 33432-5057, which is within the jurisdiction of this Court.

IV

Revenue Officer E. Davis is conducting an investigation for the purpose of determining the current financial status of Chris Borgo, in connection with the collection of outstanding Federal income tax liabilities (Form 1040) for the periods ended December 31, 2001, December 31, 2002 and December 31, 2003, as is set forth in the declaration of Revenue Officer E. Davis attached hereto and incorporated herein by reference as Exhibit "A".

V

As part of the investigation on November 16, 2009, Revenue Officer E. Davis issued an Internal Revenue Service summons (Form 2039) to Chris Borgo directing him to appear before the Revenue Officer on December 2, 2009, to give testimony and to produce for

examination certain books, records, papers or other data, as described in said summons.  On November 16, 2009, Revenue Officer E. Davis left an attested copy of the summons with the respondent. The summons is attached to the revenue officer's declaration as Exhibit A-1 and incorporated herein by this reference.

### VI

On December 2, 2009, the respondent did not appear.

On January 27, 2010, Counsel for the Internal Revenue Service sent a letter to the respondent directing him to appear on February 10, 2010.  On February 10, 2010, the respondent did not appear and has not complied with the summons.  The respondent's refusal to comply with the summons continues through the date of compliance.

### VII

Information, books, records, papers, and other data, which may be relevant and material to the investigation, are in the possession, custody or control of the respondent.

### VIII

The books, papers, records, or other data sought by the summons are not already in possession of the Internal Revenue Service.

IX

It is necessary and relevant to obtain the testimony and to examine the books, records, papers, or other data sought by the summons for the purpose of determining the current financial status of Chris Borgo in connection with the collection of outstanding Federal income tax liabilities (Form 1040) for the periods ended December 31, 2001, December 31, 2002 and December 31, 2003.

X

A Justice Department referral, as defined by Section 7602(d)(2) of the Internal Revenue Code of 1986 (26 U.S.C.), is not in effect with respect to Chris Borgo for the tax years under investigation.

XI

All administrative steps as required by the Internal Revenue Code for the issuance of the summons have been followed.

WHEREFORE, the petitioner respectfully prays:

1.  That this Court enter an order directing respondent, Chris Borgo, to show cause, if any, why he should not comply with, and obey, the aforementioned summons in each and every requirement thereof;

2.  That the Court enter an order directing respondent, Chris Borgo, to obey the aforementioned summons and each and

every requirement thereof by ordering the attendance, testimony, and production of the books, papers, records, or other data as is required and called for by the terms of the summons before Revenue Officer E. Davis or any other proper officer or employee of the Internal Revenue Service; and

    3.  That this Court further order that petitioner be given thirty days (30) from the date of the Order within which to serve respondent with the same; and

    4.  That the United States recover its costs in maintaining this action; and

    5.  That this Court grants such other and further relief as is just and proper.

                            Respectfully submitted,

                            WIFREDO A. FERRER
                            UNITED STATES ATTORNEY

                   By:  /s/ Steven R. Petri
                            STEVEN R. PETRI
                            Assistant United States Attorney
                            Court No. A5500048
                            500 E. Broward Blvd., Suite 700
                            Fort Lauderdale, Florida 33394
                            Tel: (954) 356-7255 ext. 3599
                            Fax: (954) 356-7180
                            Email:  steve.petri@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this <u>21st</u> day of September, 2010, a true and correct copy of the foregoing was mailed postage prepaid to Chris Borgo, 99 SE Mizner Blvd, Apartment 809, Boca Raton, FL 33432-5057.

<u>/s/ Steven R. Petri</u>
STEVEN R. PETRI
Assistant United States Attorney